UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LAKE CHELAN BUILDING SUPPLY, INC., a Washington corporation,<br><br>      Plaintiff,<br><br> v.<br><br>AMERICAN STATES INSURANCE CO., an Indiana corporation; GENERAL INSURANCE COMPANY OF AMERICA, a New Hampshire corporation; and LIBERTY MUTUAL INSURANCE CO., a Massachusetts corporation,<br><br>      Defendants. | NO:  2:19-CV-0422-TOR<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

BEFORE THE COURT is the parties' Stipulated Motion for Order of Dismissal with Prejudice (ECF No. 17).  The stipulation is filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and provides that each party will

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

bear their own attorneys' fees, costs and expenses.  The Court has reviewed the record and files herein, and is fully informed.

According to Rule 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing a stipulation signed by all parties who have appeared.

**ACCORDINGLY, IT IS HEREBY ORDERED**:

1. Pursuant to Rule 41(a)(1)(A)(ii) and the parties' stipulation, all claims and causes of action in this matter are **DISMISSED** with prejudice, each party shall bear their own attorneys' fees, costs and expenses.

2. All deadlines, hearings and trial are **VACATED**.

The District Court Executive is directed to enter this Order and Judgment accordingly, furnish copies to counsel, and **CLOSE** the file.

**DATED** September 29, 2020.



                THOMAS O. RICE
            United States District Judge